11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Raul Rodriguez, as Independent
Executor of 

the Estate of
Natividad Rodriguez, Deceased      

Appellant

Vs.                   No.
11-04-00010-CV B Appeal
from Howard County

Rudolfo Rodriguez, Ignacio
Rodriguez and

Ida
Rodriguez        

Appellees

 

Raul
Rodriguez, as Independent Executor of the Estate of Natividad Rodriguez,
Deceased, has filed in this court a motion to dismiss the appeal.  The motion is granted.

The
appeal is dismissed.

 

PER CURIAM

 

February 26,
2004

Not designated
for publication.  See TEX.R.APP.P.
47.2(a).

Panel consists of:  Arnot, C.J., and

Wright, J., and McCall, J.